UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 08mj1551-01 |
| v. | ) ) | |
| PRECILLA NICOLE RICHARDS, | ) ) | |
| Defendant. | ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  May 22, 2008                                    /s/ John C. Ellis, Jr.
                                                                    JOHN C. ELLIS, JR.
                                                                    Federal Defenders
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA 92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    john_ellis@fd.org